Thomas Nisbet, Plaintiff in Error, v. E. E. Ropes, Defendant in Error.

(Supreme Court of Florida, Division A, May 31, 1905.

Writ of Error to Circuit Court, Volusia county; Minor S. Jones, Judge.

*Geo. U. Walker,* for Plaintiff in Error.

*E. E. Ropes in pro per.*

This action was brought by the defendant in error against the plaintiff in error. There was jujdgment for the plaintiff and the defendant takes writ of error. The judgment is affirmed.

Decision Per Curiam.